**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED
SEP 10 2026
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 26-69-DLB-CJS

**ARMANI DAQUAN ROSE**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**21 U.S.C. § 841(a)(1)**

On or about July 21, 2026, in Campbell County, in the Eastern District of Kentucky,

**ARMANI DAQUAN ROSE**

knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 2**
**18 U.S.C. § 922(g)**

On or about July 21, 2026, in Campbell County, in the Eastern District of Kentucky,

**ARMANI DAQUAN ROSE,**

knowing he had been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed ammunition, that is, approximately 20 rounds of 5.56 caliber ammunition, and the ammunition was in and affecting commerce, in violation of 18 U.S.C. § 922(g).

**FORFEITURE ALLEGATIONS**
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the felony offenses alleged in Count 1 of the Indictment, **ARMANI DAQUAN ROSE** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **ARMANI DAQUAN ROSE** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the felony offense alleged in Count 2 of the Indictment, **ARMANI DAQUAN ROSE** shall forfeit to the United States any and all ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **ARMANI DAQUAN ROSE** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**
Approximately $1,180 in U.S. currency seized on or about July 21, 2026.

**AMMUNITION:**

a. Approximately 20 rounds of 5.56 caliber ammunition.

4. If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

[redacted]

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**ANDREW SPIEVACK**
**ASSISTANT UNITED STATES ATTORNEY**

**PENALTIES**

**COUNT 1:** Not less than 10 years and not more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**COUNT 2:** Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100 per count.